1034

[No. 72643-9-I.   Division One.   February 8, 2016.]

BEVERLY YOUNG ET AL., *Appellants*, v. BRIAN BOATMAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-4-00568-2, Michael E. Rickert, J. Pro Tem., entered October 27, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 72938-1-I.   Division One.   February 8, 2016.]

*In the Matter of the Custody of* L.M.S.

FAUALUGA SIUFANUA ET AL., *Appellants*, v. TONY SAMOA FUGA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-07079-2, Suzanne Parisien, J., entered December 12, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Trickey, JJ.

[No. 74134-9-I.   Division One.   February 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BURNICE RENEE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-01072-4, Christine Schaller, J., entered September 24, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Lau and Leach, JJ. Now published at 192 Wn. App. 733.